No. 11–10970. DUNN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10971. SHUSTERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10973. MORRIS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 11–10976. FAIR v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–10977. GRIFFEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10978. GARCIA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10979. GRIFFIN v. BAUMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10980. GILMORE v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10981. FIGUEROA v. LEA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10982. FERGUSON v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 11–10985. ISLAM v. SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10986. GARRETT v. MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 11–10987. HOLLY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10988. DAVIS v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.